UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JUSTIN GIRDNER,                                           Case No. 17-CV-4456 (PJS/BRT)

      Plaintiff,

v.                                                                         ORDER OF DISMISSAL

WELLS FARGO BANK, N.A.,

      Defendant.

---

    Based upon the Stipulation for Dismissal filed by the parties on November 3, 2017 [ECF No. 15],

    IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.


Dated: November 6, 2017                          s/Patrick J. Schiltz
                                                                Patrick J. Schiltz
                                                                United States District Judge